NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HORIZON LINES, LLC,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-1163

---

Appeal from the United States Court of International Trade in case no. 08-CV-0009, Judge Evan J. Wallach.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 9-day extension of time, until May 4, 2012, to file its brief. Horizon Lines, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>APR 2 7 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Evelyn M. Suarez, Esq.
     Edward F. Kenny, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 7 2012

**JAN HORBALY**
**CLERK**